UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MANUEL FERNANDEZ, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § § | |
| FROST-ARNETT COMPANY, | § § § | Civil Action #: 1:24-cv-426-RP |
| ASCENSION MEDICAL GROUP, LLC (d/b/a Ascension Medical Group – Seton), | § § § § § § | |
| AUSTIN ANESTHESIOLOGY GROUP, PLLC (d/b/a American Anesthesiology of Texas), | § § § § § § § | |
| & | § § | |
| TRAVELERS CASUALTY and SURETY COMPANY of AMERICA, | § § § § § | |
| *Defendants.* | § | |

**JOINT NOTICE OF SETTLEMENT**

**JOINT NOTICE IS HEREBY GIVEN** that Plaintiff MANUEL FERNANDEZ and all Defendants (**FROST-ARNETT COMPANY, ASCENSION MEDICAL GROUP, LLC (d/b/a Ascension Medical Group – Seton), AUSTIN ANESTHESIOLOGY GROUP, PLLC (d/b/a American Anesthesiology of Texas), & TRAVELERS CASUALTY and SURETY COMPANY of AMERICA)** have settled all claims between them in this matter. The parties have agreed to all material terms and are in the process of putting together and signing final settlement documents. The parties all expect to file a Stipulated Dismissal with Prejudice within the next 30 days but likely much sooner.

The parties also requests that the Court vacate all pending deadlines and hearings in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and enforcing the settlement.

Dated: June 21, 2024					Respectfully submitted,


						By:	/s/ Tod A. Lewis
							Tod A. Lewis (Texas Bar #24091999)
							Tod Lewis Law, PLLC
							13267 Darwin Lane
							Austin, TX 78729-6464
							512-739-0390 (cell)
							1-737-205-1291 (facsimile)
							Tod@texasfaircredit.com

							Attorney for Plaintiff

							*/s/ Katherine M. Saldanha Olson*
							Katherine M. Saldanha Olson
							IL Bar No.
							Messer Strickler Burnette, Ltd.
							142 W. Station St.
							Barrington, IL 60010
							312-334-3444 (direct)
							312-334-3473 (fax)
							kolson@messerstrickler.com

							Attorney for Defendant
							Ascension Medical Group Seton

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all users, but also by email to the defendants who are not yet in the system.

By: /s/ Tod A. Lewis